UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA JOSEPH,

                Plaintiff,

v.

MIKE & MCRAE CONSTRUCTION SERVICES LLC, ANDY MCRAE, KEITH MCRAE, ANTHONY DURBANO, and AMENDOLA MARBLE & STONE CENTER, INC.,

                Defendants.

No. 21-CV-9671 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of a status letter and proposed scheduling order filed by Plaintiff in response to the Court's February 10, 2022 Order and Notice of Initial Conference. Plaintiff has indicated, however, that none of the Defendants' attorneys contributed to the drafting of the status letter. In light of the fact that a mediation conference is scheduled in this case for today, the parties are directed to confer after mediation and re-file the joint status letter and proposed scheduling order by end of day on May 5, 2022, and include an update on what progress, if any, was made during the mediation conference.

    Additionally, the initial status conference on May 6, 2022 will begin at 2:15 p.m instead of 2:00 p.m. This dial-in information for the telephonic conference remains the same: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:   May 4, 2022
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge